# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KELVIN RAY SMITH

NO. 2022 KW 1379

**MARCH 6, 2023**

---

In Re:    Kelvin Ray Smith, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 02-80-0296.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme
Court, which has exclusive supervisory jurisdiction of all
criminal writ applications relating to convictions and sentences
imposed prior to July 1, 1982. See La. Const. art. V, § 5(E).

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.Sr̥

DEPUTY CLERK OF COURT
FOR THE COURT